442

**No. 43485.**—Protest 16149–K of Charles Happel, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Oppleman* v. *United States* (3 Cust. Ct. 167, C. D. 225) aneroid barometers were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 43486.**—Protests 16276–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the marcel irons and calendars in question were held dutiable at 40 percent under paragraph 339. Abstracts 38680 and 40681 followed.

**No. 43487.**—Protests 16057–K, etc., of J. S. Staedtler Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencils stamped with names other than the manufacturers' or the manufacturers' trade name or trade-mark, the same as those passed upon in *Staedtler* v. *United States* (2 Cust. Ct. 484, C. D. 183). The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.

**No. 43488.**—Protest 13744–K of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of dime savings banks similar to those the subject of Abstract 42749. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43489.**—Protests 726–K, etc., of Dan Brechner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel certain paperweights and pencil holders were held dutiable as household utensils at 40 percent under paragraph 339. Items which were plated with silver were held dutiable at 50 percent under the same paragraph. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 43490.**—Protest 5288–K of Rosario Miceli & Co. (New York).

Opinion by DALLINGER, J. It appeared that the machine in question is similar to that the subject of Abstract 23403. The claim at 27½ percent under paragraph 372 was therefore sustained.